**Electronically Filed
Supreme Court
SCWC-21-0000710
28-FEB-2023
08:15 AM
Dkt. 10 ODAC**

SCWC-21-0000710

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE INTEREST OF KH

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000710; FC-S NO. 18-00170)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Father-Appellant's Application for Writ of

Certiorari filed on December 29, 2022, is rejected.

DATED:  Honolulu, Hawaiʻi, February 28, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

